United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 00-1222 September Term, 2001
 Filed On: February 19, 2002 [659035]
Fox Television Stations, Inc.,
 Petitioner
 
v.

Federal Communications Commission and
United States of America,
 Respondents
 
National Association of Broadcasters, et al.,
 Intervenors
 

Consolidated with 00-1263, 00-1326, 00-1359, 00-1381, 01-1136

 
 On Petitions for Review of an Order of the
 Federal Communications Commission
 
 
 

 Before: Ginsburg, Chief Judge, Edwards and Sentelle, Circuit Judges.

 O R D E R

 It is ORDERED by the court that the opinion be amended as follows:

 insert "and one appeal from" after "petitions to review" on line 2 of the opinion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Deputy Clerk